# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA
DEC 26 2007
MARY E. D'ANDREA, CLERK
Per ___

Jonathan Lee Riches ©, Plaintiff

1:07-CV-2319
Civil No:

v.

Justin McBride d/b/a Professional Bull riders world Finals "PBR", Defendant

## Complaint
### "Bull Riding Fraud"

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, under 42 USC 1983, and under Fed. Rules of Civil Procedure rule 64 the return of the bull riding championship Belt because of cheating. McBride has been harassing me at FCI Williamsburg. I knew McBride before I went to prison for identity theft. I used stolen credit cards to pay for Bull riding school for McBride so he can compete professionally. During the 2007 Bull riders world Finals, McBrides outfit was bought with stolen credit from Wrangler. I gave McBride a Capital 1 no hassle card to buy Stetson cologne. Now McBride threatens to stampede me sending the Bull stock market after me. McBride has ties with the Chicago Bulls. FCI Williamsburg serves me nothing but bull meat injected with steroids. I have a bright red prison jumpsuit, I'm a target from Defendant and his poultry.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully submitted

Jonathan Lee Riches©



Name: Jonathan Lee Riches
Register Number: 40945-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
17 DEC 2007 PM 2 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut St.
Harrisburg, PA 17108

17108+3800

Legal Mail